DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN MANDIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1732

[March 19, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter Holden, Judge; L.T. Case No. 502024CF001650AXXXMB.

Kenneth D. Padowitz and Joshua E. Padowitz of Kenneth Padowitz, P.A., Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***